# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ULYSEE CLARKE, | ) Case No. 2:20-cv-6299-VAP (SP) |
| Petitioner, | ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | ) |
| GISELLE MATTESON, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 15) is granted, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: January 25, 2022

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE