# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ULYSEE CLARKE, | Case No. 2:20-cv-6299-VAP (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GISELLE MATTESON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 25, 2022

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE